In the matter of the estate of LORETTA TENENBAUM, deceased.

[Decided January 31st, 1936.]

*Messrs. Melosh, Morten & Melosh,* for the appellant-executor.

*Messrs. Collins & Corbin,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Fielder, and reported in *118 N. J. Eq. 405.*

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.